ney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Gullick et al.

Before DAUER, J.

Argued November 14, 1974. *R. Andracki,* with him *Robert L. Eberhardt,* Assistant District Attorney, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellant; *William C. Bartley,* for appellee Gary A. Greber; *Francis J. Carey,* with him *Balzarini, Walsh, Conway & Maurizi,* for appellee William R. Gullick.

Order affirmed.

VAN DER VOORT, J., dissents.

## Commonwealth *v.* Hall, Appellant.

Before STRANA-HAN, P. J.

Argued November 15, 1974. *Henry J. Russo,* Assistant Public Defender, with him *William J. Rundorff,* First Assistant Public Defender, and *Michael J. Wherry,* Public Defender, for appellant; *Robert F. Banks,* First Assistant District Attorney, with him *Joseph J. Nelson,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

## Commonwealth, Appellant, *v.* Hall.